FILED
SEP 26 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

ENTERED
SEP 26 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Kwang Wei Han<br><br>Debtor (s) | Case No: SA97-15440-SC<br><br>ORDER TO PAY UNCLAIMED FUNDS<br>(28 U.S.C. Section 2042; LBR 3011-1) |

It appears that a check made payable to Kwang Wei Han totaling $10,458.09, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on November 4, 2013 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that the original claimant, Kwang Wei Han, passed away. Sunnie Han was appointed as the Administrator of the Estate. Sunnie H. Han now claims the above monies in a motion filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $10,458.09 to Sunnie H. Han, PO Box 86342, Los Angeles, CA 90086.

_____                    9/25/2022
Honorable Scott C. Clarkson                                        Date